# UNITED STATES DISTRICT COURT
### for the
### Western District of North Carolina

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| SHON TIWONG VANDERBURG, a/k/a SHON TIGWON VANDERBURG & SHON TYGWON VANDERBURG | ) | Case No: 5:05CR9-27 |
| | ) | USM No: 19942-058 |
| Date of Previous Judgment: February 20, 2007 | ) | Tanzania Cannon-Eckerle |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ■ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
    ■ DENIED.   ☐ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____ .

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | | |
|---|---|---|---|---|
| Previous Offense Level: | 21 | Amended Offense Level: | 21 | |
| Criminal History Category: | IV | Criminal History Category: | IV | |
| Previous Guideline Range: | 120 to 120 months | Amended Guideline Range: | 120 to 120 months | |

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
■ Other (explain):    No reduction as the guideline range remains unchanged due to the mandatory statutory minimum sentence. Additionally, the total offense level did not change due to the offense level calculations under 18 U.S.C. § 922(g)(1).

## III. ADDITIONAL COMMENTS

Except as provided above, all provisions of the judgment dated February 20, 2007 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: June 1, 2009

Effective Date: June 1, 2009
    (if different from order date)

Richard L. Voorhees
United States District Judge